NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JAN 24 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. EDGAR RENE GUILLEN-BANEGAS, AKA Edgar Rene Guillen-Ramirez, AKA Edgar Rene Guillen, AKA Edgar Guillen-Ramirez, Defendant - Appellant. | No. 23-1378 D.C. No. 4:22-cr-02266-JGZ-LCK-1 MEMORANDUM* |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted January 17, 2024**

Before:    S.R. THOMAS, McKEOWN, and HURWITZ, Circuit Judges.

Edgar Rene Guillen-Banegas appeals from the district court's judgment and

challenges his guilty-plea conviction and 21-month sentence for reentry of a

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Guillen-Banegas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Guillen-Banegas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**